No. 927. ROGERS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *William R. Bagby* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Joseph Kovner* for the United States.

No. 512, Misc. SMITH EX REL. SHERWOOD *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se. Robert Y. Thornton,* Attorney General of Oregon, and *Harold W. Adams,* Assistant Attorney General, for respondent.

No. 773, Misc. SULLIVAN *v.* DICKSON,. WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 918, Misc. CONERLY *v.* McGEE, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 972, Misc. ELLINGER *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 977, Misc. HARRIS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1000, Misc. KELLY *v.* MANNING, PENITENTIARY SUPERINTENDENT. Supreme Court of South Carolina. Certiorari denied.

No. 979, Misc. MOKUS *v.* KENTON, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.